UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Frank Manfredo

                            **Plaintiff**

 -against-

Receivables Performance
Management, LLC                       **Defendant**
_____X

Docket No.   16 cv 122

## STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

**S/JOSEPH MAURO**            **5/22/2017**
**Joseph M. Mauro**           Date
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff


**S/ PETER CIPPARULO**        **5/22/2017**
**Peter Cipparulo**
Law Offices of Peter Cipparulo
349 Route 206, Suite K
Hillsborough, NJ 08844